IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BOYD GENE WILEY,

     Appellant,

v.                                                    Case No.  5D16-3659

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed January 12, 2018

Appeal from the Circuit Court
for Putnam County,
Clyde E. Wolfe, Judge.

John N. Bogdanoff, of The Carlyle Appellate
Law Firm, The Villages, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     Boyd Gene Wiley appeals his convictions and sentences following a jury trial arguing, in part, ineffective assistance of trial counsel. We affirm without prejudice to Wiley filing a timely, facially sufficient motion for postconviction relief pursuant to Florida Rule of Criminal Procedure 3.850. We express no opinion on the merits of any postconviction motion filed.

AFFIRMED.

COHEN, C.J., BERGER and EISNAUGLE, JJ., concur.